IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Kennedy-Jackson, Melinda Gail | Case Number:  04 B 18403 |
| | Judge:  Squires, John H |
| Printed:  2/19/08 | Filed:  5/11/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed:  January 24, 2008
Confirmed:  June 30, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 20,500.00 | |
| Secured: | | 3,614.51 |
| Unsecured: | | 12,313.22 |
| Priority: | | 653.32 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 1,037.91 |
| Other Funds: | | 181.04 |
| Totals: | 20,500.00 | 20,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Honor Finance | Secured | 3,614.51 | 3,614.51 |
| 3. | Internal Revenue Service | Priority | 653.32 | 653.32 |
| 4. | B-First | Unsecured | 4,347.50 | 4,347.50 |
| 5. | Americash Loans, LLC | Unsecured | 594.86 | 594.86 |
| 6. | Verizon Wireless | Unsecured | 198.15 | 198.15 |
| 7. | SBC | Unsecured | 1,217.21 | 1,217.21 |
| 8. | Cingular Wireless | Unsecured | 300.00 | 300.00 |
| 9. | Honor Finance | Unsecured | 3,940.58 | 3,940.58 |
| 10. | Check Into Cash | Unsecured | 576.00 | 576.00 |
| 11. | Internal Revenue Service | Unsecured | 3.26 | 3.26 |
| 12. | America's Financial Choice Inc | Unsecured | 1,135.66 | 1,135.66 |
| 13. | Friend Family Health | Unsecured | | No Claim Filed |
| 14. | Pay Day Advance Cash To Go | Unsecured | | No Claim Filed |
| 15. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 16. | Retrieval Masters | Unsecured | | No Claim Filed |
| 17. | Michigan Beach Apt | Unsecured | | No Claim Filed |
| 18. | Northwestern Medical Faculty | Unsecured | | No Claim Filed |
| 19. | Pay Day Loans | Unsecured | | No Claim Filed |
| 20. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| 21. | University Eye Specialists | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 19,281.05 | $ 19,281.05 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Kennedy-Jackson, Melinda Gail

Printed:  2/19/08

Case Number:  04 B 18403
Judge:  Squires, John H
Filed:  5/11/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 70.00 |
| 6.5% | 254.99 |
| 3% | 32.26 |
| 5.5% | 251.72 |
| 5% | 91.43 |
| 4.8% | 143.95 |
| 5.4% | 193.56 |
|  | _____ |
|  | $ 1,037.91 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

